```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ASSOCIACÃO DOS PROFISSIONAIS DOS
CORREIOS,

                    Petitioner,

                 -against-

THE BANK OF NEW YORK MELON CORPORATION,

                    Respondent.
-----------------------------------------------------------------X

**ORDER SCHEDULING ORAL ARGUMENT**

**22-MC-0132 (RA) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

An oral argument on Petitioner's application to this Court for the issuance of a Subpoena pursuant to 28 U.S.C. § 1782 to The Bank of New York Mellon Corporation is scheduled on **Thursday, August 25, 2022, at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED:    New York, New York
             August 10, 2022

                                                                       */s/ Katharine H. Parker*
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge