```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASSOCIACÃO DOS PROFISSIONAIS DOS
CORREIOS,

                                Petitioner,

                 -against-

THE BANK OF NEW YORK MELON CORPORATION,

                              Respondent.
-----------------------------------------------------------------X

**ORDER CONVERTING ORAL ARGUMENT TO TELEPHONIC**

22-MC-0132 (RA) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Oral Argument in this matter scheduled for **Wednesday, September 21, 2022 at 2:00 p.m.** is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.**

        SO ORDERED.

DATED:    New York, New York
              September 21, 2022

_/s/ Katharine H. Parker_
_____
KATHARINE H. PARKER
United States Magistrate Judge